**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
Hackensack, New Jersey 07602-0800
201-489-3000
201-489-1536 Facsimile
Attorneys for Plaintiff, Masimo Corporation

| | |
|---|---|
| MASIMO CORPORATION, | : UNITED STATES DISTRICT COURT |
| | : FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | : Civil Action No.: 14-cv-00405 (SDW)(MCA) |
| | : |
| v. | : Civil Action |
| | : |
| MINDRAY DS USA, INC., SHENZHEN | : **ORDER REMANDING ACTION TO THE** |
| MINDRAY BIO-MEDICAL | : **SUPERIOR COURT OF NEW JERSEY** |
| ELECTRONICS CO., LTD., and MINDRAY | : **PURSUANT TO 28 U.S.C. § 1447(c)** |
| MEDICAL INTERNATIONAL LTD, jointly | : |
| and severally, | : |
| | : |
| Defendants. | : |

THIS MATTER having been brought before the Court by Cole, Schotz, Meisel, Forman

& Leonard, P.A., attorneys for plaintiff, Masimo Corporation ("Masimo"), by way of a motion

for an Order remanding this action to the Superior Court of New Jersey pursuant to 28 U.S.C. §

1447(c); and the Court having considered the papers filed in support of and in opposition to the

~~and for the reasons set forth on~~

motion; and the Court having considered oral argument, if any; and for good cause shown;

~~the record~~

IT IS on this _9_ day of _June_ 2014,

Recommended that

~~ORDERED~~, this action be ~~and hereby is~~ remanded to the Superior Court of New Jersey,

in its entirety; and it is further

ORDERED, Masimo's counsel, within 5 days, shall serve a copy of this Order on all

counsel who will not receive it electronically.

HONORABLE ~~SUSAN D. WIGENTON, U.S.D.J.~~
Madeline Cox Arleo, U.S.M.J.

52476/0001-10299972v1