**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
Hackensack, New Jersey 07602-0800
201-489-3000
201-489-1536 Facsimile
Attorneys for Plaintiff, Masimo Corporation

| | |
|---|---|
| MASIMO CORPORATION, : | UNITED STATES DISTRICT COURT |
| : | FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, : | Civil Action No.: 14-cv-00405 (SDW)(MCA) |
| : | |
| v. : | Civil Action |
| : | |
| MINDRAY DS USA, INC., SHENZHEN : | ~~ORDER REMANDING ACTION TO THE~~ |
| MINDRAY BIO-MEDICAL : | ~~SUPERIOR COURT OF NEW JERSEY~~ |
| ELECTRONICS CO., LTD., and MINDRAY : | ~~PURSUANT TO 28 U.S.C. § 1447(c)~~ |
| MEDICAL INTERNATIONAL LTD, jointly : | Report + Recommendation |
| and severally, : | |
| : | |
| Defendants. : | |

THIS MATTER having been brought before the Court by Cole, Schotz, Meisel, Forman & Leonard, P.A., attorneys for plaintiff, Masimo Corporation ("Masimo"), by way of a motion for an Order remanding this action to the Superior Court of New Jersey pursuant to 28 U.S.C. § 1447(c); and the Court having considered the papers filed in support of and in opposition to the motion; and the Court having considered oral argument, if any; and for good cause shown; and for the reasons set forth on the record

IT IS on this 10 day of June 2014,

Recommended that
~~ORDERED,~~ this action be ~~and hereby is~~ remanded to the Superior Court of New Jersey, in its entirety; and it is further

ORDERED, Masimo's counsel, within 5 days, shall serve a copy of this Order on all counsel who will not receive it electronically.

HONORABLE ~~SUSAN D. WIGENTON, U.S.D.J.~~
Madeline Cox Arleo, U.S.M.J.

52476/0001-10299972v1