# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MASIMO CORPORATION, | : | |
| | : | Civil Action No.  14-0405 (SDW)(SCM) |
| Plaintiff/Counterclaim-Defendant, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| MINDRAY DS USA, INC, SHENZHEN MINDRAY BIO-MEDICAL ELECTRONICS CO., LTD, & MINDRAY MEDICAL INTERNATIONAL LTD. | : | January 7, 2015 |
| | : | |
| Defendant/Counterclaim-Plaintiff. | : | |

**WIGENTON**, District Judge.

Before the Court are the initial and supplemental Report and Recommendation ("R&R") filed on June 11, 2014 and September 5, 2014 respectively by Magistrate Judge Madeline Cox Arleo, recommending that Plaintiff's motion to remand be granted. Upon this Court's de novo review of Defendants' timely-filed objections, and for the reasons stated in this Court's Opinion dated January 7, 2015,

**IT IS** on this 7th day of January, 2015,

**ORDERED** that the Reports and Recommendations filed by Magistrate Judge Arleo are **ADOPTED** as the conclusions of law of this Court; and it is further

**ORDERED** that Plaintiff's Motion to Remand this matter to the Superior Court of New Jersey, Law Division, Bergen County is **GRANTED**.

s/ *Susan D. Wigenton*
**SUSAN D. WIGENTON**
**UNITED STATES DISTRICT JUDGE**

Orig: Clerk
cc:  Parties
    Madeline Cox Arleo, U.S.D.J.
    Steven C. Mannion, U.S.M.J.